UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Steve Smith,

    Plaintiff,

v.     Case No. 17-11934

Byron Taulton, *et al.*,     Sean F. Cox
                                                   United States District Court Judge

    Defendant.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Plaintiff's post-judgment motion for contempt was referred to Magistrate Judge Elizabeth A. Stafford for issuance of a Report and Recommendation pursuant to U.S.C. § 636(b)(1)(B). (ECF No. 46).

In a Report and Recommendation ("R&R") (ECF No. 53) issued on December 20, 2021, the magistrate judge recommends that the Court order Defendant Byron Taulton to show cause why he should not be held in contempt for failing to obey court orders.

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Therefore, the Court hereby ADOPTS the December 20, 2021 Report and Recommendation.

IT IS SO ORDERED.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated:  February 15, 2022